**Motion Granted; Dismissed and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00864-CV

## IN THE ESTATE OF ODEAN JONES, DECEASED

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 04-CPR-18318A**

## M E M O R A N D U M    O P I N I O N

This is an appeal from judgment declaring heirship signed August 20, 2012. On December 21, 2012, appellant, John Wilson, Administrator of the Estate of Renita Jones, filed an unopposed motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.